UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**15CV6109**

Rafael A. Sanchez, PRO SE.

CIVIL COMPLAINT
Under the Civil Rights Act
42 U.S.C § 1983

Against

1. City of New York: Office
2. NYPD Commissioner: Office
3. NYPD 41st Pct, Chief Office
4. NYPD DET. Brendan Owens
5. NYPD 46th Pct Chief Office
6. NYPD DET. Fausto Garcia
7. NYPD 62nd Pct, Chief Office
8. NYPD P.O. Thomas Citera

Right to amend reserved Pursuant to Fed. R. Civ. P. 15

Jury Trial Demanded Pursuant to Fed. R. Civ. P. 38 (a) (b)

DOcket NO:_____

Jointly & severally defendants.

Introductory Statement

1.   This is a Civil Action for damages of Civil Rights Violations, sustained by Plaintiff under the Jurisdiction of U.S. CONSTITUTION, against Police Officers, and Detectives of the NEW YORK POLICE DEPARTMENT: 41st, 46th, & 62nd Precincts of the City of New York, who unlawfully apprehended, unlawfully detained, overcharge, harrass, and maliciously prosecuted Plaintiff under color of State Law; Disregarding the Principles of Law and Justice of Due Course of Law & CONSTITUTION; Violating Plaintiff's guaranteed rights under, 14th Amend., of U.S. CONST.,

   Againt the NYPD Police Commissioner Office as the Supervisor Officer responsible for the conduct of the defendants, and for the failure to take corrective action with respect to Police Personnel whose vicious propensities were notorious, to assure proper training, and Supervision of the Personnel, or to implement meaningful procedures to discourage lawless Official conduct, and, against the City of New York Office as the employer of the Police Personnel, which are all sue as person and as in their Official capacity, individually; Be it known, each of the City Officials herein have sworn an " Oath of Office" in regards to their duties & therefore each of their acts under color of State Law is in direct violation of their Oath of Office & equates to CRIMINAL CONSPIRACY, under Section 1985; Defendants actions are tantamount to nothing;

Be it known, defendants actions are nothing less than Misdemeanor for False Statement, Criminal Treason against the UNITED STATES CONSTITUTION & The People of THE UNITED STATES;

2.                    Jurisdiction & Venue

This Action is brought Pursuant to 42 U.S.C. § 1983, & 1870, 1985, 1986, 1988; And, The 1rst, 4th, 5th, 8th, and 14th, Amendments of the United States Constitution; The Jurisdiction of this UNITED STATES DISTRICT COURT is predicated on 28 U.S.C. § 1343 (3) (4) and 1331; at all times relevant, all of the Causes of Action were committed with the geographical Jurisdiction of UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK;

3.                    Parties in this Complaint

Plaintiff: Rafael Antonio Sanchez, Permanent Resident Alien of USA since July 2003; NYSID. 08214127Q; At all times relevant to the allegations of this Complaint,
Home Address: 200 West 143rd ST. Apt 2D. NY, NY 10030;
Employer: Red Maple Trucking, INC; 263 Red Maple Drive S., Levittown, NY 11756; Tel. 516-467-9734; 516-302-7051;

4. Defendant 1: The defendant City of New York Office is a municipal Corporation within the State of New York, and at all relevant times it employed defendants 2-8, The Office is sue individually and in the Official capacity;
OFFICE OF THE NEW YORK CITY COMPTROLLER,
Municipal Bldg., Room 530, 1 Centre ST., NYC 10007;
OFFICE OF STATE COMPTROLLER, 110 State ST.,
Albany, New York 12236.

5. Defendant 2: The NYPD Police Commissioner Office was the duly appointed Commissioner, at alltimes relevant hereto, as such the Office was the commanding Officer of the defendants 3-8, and was responsible for their training Supervision, and conduct; The Commissioner was also responsible by Law for Police Personnel to obey the Laws of the State of New York & Law of USA;
NYPD Headquarters, 1 Police Plaza, N.Y.C. 10038.

RAFAEL SANCHEZ, 240138.
WDOC P.O. BOX 10 WOODS ROAD.
VALHALLA, NEW YORK 10595.



LEGAL MAIL
USM P3 SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312



USA
FOREVER

RECEIVED
SDNY PRO SE OFF.
2015 AUG -4 A 9:39